
FILED
AUG 16 2017
Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-91-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | PRELIMINARY ORDER OF FORFEITURE |
| JOHN THOMAS GIBLIN, III, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture (Doc. 32). Defendant John Thomas Giblin, III appeared before the Court on August 10, 2017, and entered a plea of guilty to the Superseding Information. He also admitted the forfeiture allegation. Giblin's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 21 U.S.C. § 881(a)(11).

1

IT IS HEREBY ORDERED:

THAT Giblin's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. § 881(a)(11).

A) 2013 Chevrolet Camaro, SS, Montana license plate "Jackyl," VIN # 2G1FT1EW6D9107451;

B) Approximately $12,000 in United States currency.

THAT the United States Marshals Service and the Drug Enforcement Administration are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

2

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 16th day of August, 2017.

SUSAN P. WATTERS
United States District Judge