IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN THOMAS GIBLIN, III,<br><br>Defendant. | CR 16-91-BLG-SPW<br><br>**<u>FINAL ORDER OF FORFEITURE</u>** |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture. Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 21 U.S.C. § 853;

2. A Preliminary Order of Forfeiture was entered on August 16, 2017;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

4. There appears there is cause to issue a forfeiture order under 21 U.S.C. § 853;

1

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1. The Motion for Final Order of Forfeiture is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party:

- $12,000 in United States Currency

IT IS FURTHER ORDERED that:

The United States' interest in the 2013 Chevrolet Camaro, SS, Montana license plate "Jackyl," VIN # 2G1FT1EW6D9107451 is **DISMISSED**.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated this 12th day of December, 2017.

SUSAN P. WATTERS
United States District Judge